# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:22-cr-00072-MR-WCM-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| 3) DEE THOMAS MURPHY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 121].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 121] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as to Defendant Dee Thomas Murphy only, is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: February 24, 2023

Martin Reidinger
Chief United States District Judge