# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:22-cr-00072-MR-WCM-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| DEE THOMAS MURPHY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the "Notification of Administrative Violations . . . [and] Request for Public Records" [Doc. 132] filed by Maria Janet.

On March 17, 2023, Ms. Janet filed the present "Notification" in this criminal matter. [Doc. 132]. Ms. Janet purports to file this "for and on behalf of Creditor Dee Murphy." [<u>Id.</u> at 8]. The Defendant, however, is deceased, and this matter has been dismissed against him. [<u>See</u> Doc. 127]. Moreover, Ms. Janet does not appear to be an attorney at law. As a non-party to this action, she is not permitted to sign and file pleadings on behalf of any defendant. Accordingly, the "Notification" filed by Ms. Janet will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the "Notification of Administrative Violations . . . [and] Request for Public Records" [Doc. 132] is **STRICKEN** from the record.

**IT IS SO ORDERED**.

Signed: April 25, 2023

Martin Reidinger
Chief United States District Judge